# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Trenton, NJ

Chandra V. Pharmaceutical Consultants, LLC

                                        Plaintiff,

v.                                                      Case No.: 3:24–cv–10484

BAUSCH HEALTH IRELAND LTD., et al.

                                        Defendant.

**Dear MARC CRAIG SMITH:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, mlh